## Commonwealth *v.* McDaniels, Appellant.

Argued September 13, 1974. *L. Maltley,* with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Steven H. Goldblatt,* Assistant District Attorney, with him *Maxine J. Stotland* and *Mark Sendrow,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of guilty on the charges to which appellant pleaded guilty is affirmed. The case is remanded for an evidentiary hearing to determine whether appellant knowingly and voluntarily waived his right to trial by jury on the charge of which he was adjudged guilty by the court below.

## Commonwealth *v.* Meade, Appellant.

Submitted November 14, 1974. *Alfred Meade,* in propria persona, and *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt* and *Gordon L. Young,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.